# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| SCOTT RYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-04063-MDH |
| ) | |
| KILOLO KIJAKAZI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Kilolo Kijakazi's ("Defendant's") Motion to Reverse and Remand. (Doc. 8). For reasons herein, Defendant's Motion is **GRANTED**.

## BACKGROUND

Plaintiff Scott Ryan ("Plaintiff") filed his Social Security Brief (Doc. 7), arguing the Administrative Law Judge ("ALJ") committed various errors in her evaluation of Plaintiff's medical evidence prior to denial of social security benefits. Specifically, Plaintiff argues the ALJ failed to comply with 20 C.F.R §§ 404.1520c and 416.920c because the ALJ failed to explain the supportability of Dr. Wouters' medical opinion. Plaintiff also argues the ALJ failed to comply with SSR 96-8p when she failed to explain a partial omission of Dr. Wouters' opinion when developing Plaintiff's Residual Functioning Capacity ("RFC").

In response, Defendant moves this court to reverse the ALJ's decision and remand this action to Defendant. As a basis for this request, Defendant states, "agency counsel determined that remand was necessary for further evaluation…of medical opinion evidence…to ensure [the ALJ's]

decisions comply with Eighth Circuit case law and agency regulations." (Doc. 8 at 1). Plaintiff has not filed a response to Defendant's Motion to Reverse and Remand.

## CONCLUSION

Accordingly, it is **ORDERED** the case be remanded for a new administrative hearing and the Commissioner's determination denying Plaintiff's application for disability insurance benefits is reversed. On remand, the ALJ is required to comply with §§ 404.1520c and 416.920c and SSR 96-8p with respect to an explanation of supportability and partial omission of Dr. Wouters' medical opinion.

**IT IS SO ORDERED.**

Dated: December 8, 2022  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**